**DENIED and Opinion Filed December 14, 2022**



In The

### Court of Appeals
### Fifth District of Texas at Dallas

_____

**No. 05-22-00467-CV**
_____

### IN RE LSP PRODUCTS GROUP, INC., Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-02738-A**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Reichek

Before the Court is relator's May 17, 2022 petition for writ of mandamus wherein relator challenges the trial court's order denying relator's motion to transfer venue.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relator's petition, real parties in interest's response, relator's reply, and the record before us, we conclude that relator has failed to demonstrate a clear abuse of discretion.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

We also lift the stay issued by this Court's May 18, 2022 Order.

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

220467F.P05